## Kivala et ux., Appellants, v. Jeannette City.

Argued April 17, 1945. Before BALDRIGE, P. J., RHODES, HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*James L. Kennedy*, with him *Francis E. Criner*, for appellants.

*Fred B. Trescher*, with him *Kunkle, Trescher & Snyder*, for appellee.

PER CURIAM, April 18, 1945:

The factual issues in the case were fairly and fully submitted to the jury. Finding no trial errors the judgment is affirmed.